No. 98. CITY OF NEWPORT *v.* HOWARD HECKERMAN ET AL., ETC. Appeal from the District Court of the United States for the Eastern District of Kentucky. Submitted November 18, 1920. Decided November 22, 1920. *Per Curiam.* Reversed with costs and remanded for further proceedings, upon the authority of *Wagner* v. *Covington,* 251 U. S. 95. *Mr. Brent Spence* for appellant. No appearance for appellees.

---

No. 502. HUGH REILLY *v.* ROBERT SHIPMAN ET AL., ETC. Error to the Circuit Court of Appeals for the Eighth Circuit. Motion to dismiss submitted November 8, 1920. Decided November 22, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) *Shulthis* v. *McDougal,* 225 U. S. 561, 568; *Hull* v. *Burr,* 234 U. S. 712, 720; *Louisville & Nashville R. R. Co.* v. *Western Union Telegraph Co.,* 237 U. S. 300, 302; *Delaware, Lackawanna & Western R. R. Co.* v. *Yurkonis,* 238 U. S. 439, 444. (2) *Spencer* v. *Duplan Silk Co.,* 191 U. S. 526, 530; *Devine* v. *Los Angeles,* 202 U. S. 313, 333; *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *St. Anthony Church* v. *Pennsylvania R. R. Co.,* 237 U. S. 575, 577. *Mr. Frank Faircloth* and *Mr. Harry L. Patton* for plaintiff in error. *Mr. Guy Mason, Mr. W. W. Spalding, Mr. S. B. Davis, Jr.,* and *Mr. E. R. Wright* for defendants in error.